**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01339-CV

### IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    LANA MYERS
       JUSTICE